Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| SHELLY ANN PERDUE | ) | Case No. 09-12795-PHX-SSC |
| | ) | |
| | ) | |
| | ) | TRUSTEE'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREON |
| | ) | |
| _____Debtor (s)_____ | ) | |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:    2
    Name:    Saxon Mortgage Services, Inc.
    Address:  Attn: Bankruptcy/Recovery
              4708 Mercantile Drive North
              Fort Worth,TX 76137-
    Acct No:  7082

Upon the following grounds:

    Duplicate of claim number one (1).

The Trustee recommends said claim be treated as follows:

    Claim be disallowed

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with
the priority as recommended above by the Trustee unless on or before January 21, 2010,
(30 days from mailing) the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE the proper documentation to the Trustee AND receives from him a withdrawal of objection;

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at P.O. Box 10434, Phoenix, Arizona, 85064.

Dated: December 22, 2009

                                           _____
                                               Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 09-12795


Copies of the foregoing mailed (see electronic signature below) to the following:


Phillips & Associates
Attorneys At Law
20 E. Thomas Road, Suite #2600
Phoenix, AZ 85012-
Attorney for Debtor

SHELLY ANN PERDUE
P.O. BOX 1249
GLENDALE, AZ 85311
Debtor

Co-Debtor

Saxon Mortgage Services, Inc.
Attn: Bankruptcy/Recovery
4708 Mercantile Drive North
Fort Worth TX 76137-
Creditor

By: _____